UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| VIACHESLAV “SLAVA” TARASOV,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | **AMENDED SCHEDULING ORDER**<br><br>Case No. 2:25-cv-00616<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

The parties filed a stipulated motion for an amended scheduling order.[1] For good cause shown, the motion is granted and the case schedule is amended as follows. All deadlines and limitations not set forth herein remain unchanged.

**4. FACT DISCOVERY**

| | | | |
|---|---|---|---|
| b. | Other Fact Discovery Deadlines— | | |
| | 2. | Deadline for fact discovery to close: | 10/21/2026 |

**6. EXPERT DISCOVERY**

| | | | | |
|---|---|---|---|---|
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— | | | |
| | 1. | Parties bearing the burden of proof: | | 11/19/2026 |
| | 2. | Parties not bearing the burden of proof: | | 11/19/2026 |
| | 3. | Rebuttal reports, if any: | | 12/22/2026 |
| | | | | |
| c. | Deadline for expert discovery to close: | | | 01/21/2027 |

**7. OTHER DEADLINES AND TRIAL-RELATED INFORMATION**

| | | | |
|---|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: *(including a motion to exclude experts when expert testimony is required to resolve the motion)* | | 02/22/2027 |

[1] (Doc. No. 34.)

| | | | |
|---|---|---|---|
| b. | Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed: | | 03/01/2027 |
| c. | At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 4th quarter of 2027. | | |

DATED this 30th day of June, 2026.

BY THE COURT:

Daphne A. Oberg
United States Magistrate Judge